IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL VIGIL,                           NO. CIV.S-06-1015 DFL DAD PS

      Plaintiff,

   v.                                    <u>FINDINGS AND RECOMMENDATIONS</u>

SEAN GEDDES,

      Defendant.
_____/

     By an order filed August 11, 2006, plaintiff was ordered to show cause in writing within twenty days why this case should not be dismissed for lack of subject matter jurisdiction.  The twenty-day period has now expired, and plaintiff has not responded to the court's order.

     Accordingly, for the reasons set forth in the order to show cause filed August 11, 2006, which the undersigned incorporates by reference, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of subject matter jurisdiction.

/////

1

1    These findings and recommendations are submitted to the
2 United States District Judge assigned to the case, pursuant to the
3 provisions of 28 U.S.C. § 636(b)(1).  Within twenty days after being
4 served with these findings and recommendations, plaintiff may file
5 written objections with the court.  Such a document should be
6 captioned "Objections to Magistrate Judge's Findings and
7 Recommendations."  Plaintiff is advised that failure to file
8 objections within the specified time may waive the right to appeal
9 the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
10 Cir. 1991).

DATED: September 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg:th
Ddad1/orders.prose/vigil1015.f&r

2